**Elizabeth Wood, Appellant, v. Continental Illinois National Bank and Trust Company of Chicago et al., Appellees.**

**Gen. No. 44,997.** 

Thomas H. Fisher and Norman Crawford, for appellant; Schuyler, Richert & Stough, for cross-appellant; Mayer, Meyer, Austrian & Platt, for appellee; Herbert A. Friedlich and William D. Doggett, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

**Gale L. Marcus, Appellee, v. Mary Glasgow, Appellant.**

**Gen. No. 45,227.**